In the United States Bankruptcy Court

of the Western District of Pennsylvania

In RE: Medical Cannabis Payment Solutions, Inc   :   Motion  to Reconsider

Case No: 2-24bK-21973

Chapter 7

Judge: MELARAGNO

_____

The debtor, by and through their counsel of record, hereby pleads with this Court to reconsider the dismissal of the above entitled case due to Counsel's failure to file Form 29 and the creditor schedules timely. Counsel has those documents prepared and stands ready to fix his error.Counsel has been a long standing member of the bar and mistakenly believed that there was a few hours to do this and was in error.. In the interest of fairness to the client Counsel humbly requests this Court please reconsider the dismissal.

Respectfully Submitted:

This _13th_ day of August, 2024

*Brian Baxter*
_____
Brian H. Baxter
Attorney for the Debtor
21809

In the United States Bankruptcy Court

of the Western District of Pennsylvania

In RE: Medical Cannabis Payment Solutions, Inc   : Order to Reconsider

Case No: 2-24bK-21973

Chapter 7

Judge: MELARAGNO

_____

IT IS HEREBY ORDERED AND DECREED : That Debtor, Medical Cannabis

Payment Solutions, Inc., by and through their Counsel of Record, Brian H. Baxter, Esq.,

is hereby permitted to amend the creditor schedules and file the required form 29 in the

above entitled case. This dismissal of this docket number is hereby reconsidered.

This  _____ day of August, 2024.

_____

Judge Melaragno