**Fill in this information to identify the case:**

Debtor name  Medical  Cannabis  Payment  Solutions,  Inc.

United States Bankruptcy Court for the Western District of  Pennsylvania

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                          **Current value of debtor's interest**

2. **Cash on hand**                                                                                                    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | __ __ __ __ | $_____ |
   | 3.2. _____ | _____ | __ __ __ __ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____                            $_____
   4.2. _____                            $_____

5. **Total of Part 1**                                                                                                 $_____
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

                                                                                                                       **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____                            $_____
   7.2. _____                            $_____

---

Debtor    Medical Cannabis Payment Solutions Inc.                          Case number (if known)_____
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:   _____ – _____ = → $_____
                            face amount        doubtful or uncollectible accounts

11b. Over 90 days old:      _____ – _____ = → $_____
                            face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 2

Debtor    Medical Cannabis Payment Solutions Inc.                    Case number (if known)_____
          Name

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. Other inventory or supplies | MM / DD / YYYY | $_____ | _____ | $_____ |

23. Total of Part 5

Add lines 19 through 22. Copy the total to line 84.

$_____

24. Is any of the property listed in Part 5 perishable?

☐ No

☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | $_____ | _____ | $_____ |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | $_____ | _____ | $_____ |

Debtor   Medical Cannabis Payment Solutions, Inc.                    Case number (if known)_____
         Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                           $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                          $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor  Medical Cannabis Payment Solutions, Inc.                    Case number (if known)_____
        Name

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  **Medical Cannabis Payment Solutions, Inc.**   Case number *(if known)*_____
Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor ___Medical Cannabis Payment Solutions, Inc.___          Case number (if known)_____
                        Name

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☐ No

☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

☐ No

☐ Yes

## Part 11:   All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____  _____  = →  $_____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                        $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                        $_____

Nature of claim        _____

Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                        $_____

Nature of claim        _____

Amount requested       $_____

76. **Trusts, equitable or future interests in property**

_____                        $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                        $_____
_____                        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                     $_____

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?

☐ No

☐ Yes

Debtor    Medical Cannabis Payment Solutions, Inc.          Case number (if known)_____
Name

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $0 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0 | |
| 83. Investments. *Copy line 17, Part 4.* | $0 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0 | |
| 88. Real property. *Copy line 56, Part 9.* .............................→ | | $0 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0 | |
| 91. Total. Add lines 80 through 90 for each column. ................ 91a. | $0 | + 91b. $0 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ..........................................................................    $0

**Fill in this information to identify the case:**

Debtor name  Medical Cannabis Payment Solutions, Inc.

United States Bankruptcy Court for the:  Western  District of Pennsylvania

(State)

Case number (If known)  _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** Creditor's name

Alexco Consulting LLC

**Creditor's mailing address**

695 Merrick Ave Apt. 524

Westbury NY 11568_

**Creditor's email address, if known**

lglick516@gmail.com

**Date debt was incurred**   04/15/2019

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

  all  others  on  this  schedule  pari  passu

**Describe debtor's property that is subject to a lien**

"all assets"

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 68,528   Column B: $ 0

---

**2.2** Creditor's name

Adam Ascher

**Creditor's mailing address**

42 Golf Lane Huntington NY 11743

**Creditor's email address, if known**

adogny71@gmail.com

**Date debt was incurred**   04/15/2019

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.
    all  creditors  on  this  list  pari  passu

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

"all assets"

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 39,233   Column B: $ 0

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$ 2,580,759

Debtor    Medical Cannabis Payment Solutions, Inc.                                    Case number (if known)_____
          Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** **Additional Page** | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name

Michael Broxmeyer

**Creditor's mailing address**

538 Broadhollow Road, 3rd floor, Melville NY 11747

**Creditor's email address, if known**

_____

Date debt was incurred    07/21/2020

Last 4 digits of account
number            __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

      all creditors on this list are pari passu

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

"all assets"    $_____ 71,000    $_____ 0

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name

Charton Capital Group LLC

**Creditor's mailing address**

7600 Jericho Turnpike, Suite 304 Woodbury NY 11797

**Creditor's email address, if known**

craig@euroamericanfunding.com

Date debt was incurred    03/28/2019

Last 4 digits of account
number            __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

      all creditors on this list are pari passu

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

"all        assets"    $_____ 42,829    $_____ 0

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 2 of 1

Debtor    Medical Cannabis Payment Solutions, Inc.                                    Case number (if known)_____
          Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim<br>Do not deduct the value<br>of collateral | Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**

Cuse Capital_____

**Creditor's mailing address**

900 S Oyster Bay Road_ Hicksville NY 11801

**Creditor's email address, if known**

Ross@llpaint.com_____

**Date debt was incurred** 07/21/2020

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.
  All creditors on this list pari passu
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

__"all assets"_____    $_____72,600    $_____0

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.6** **Creditor's name**

Todd Deutsch

**Creditor's mailing address**

7 Old Wagon Lane Westbury NY 11548

**Creditor's email address, if known**

todd deutsch@gmail.com

**Date debt was incurred** 04/15/2019

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.
  all creditors on this list pari passu
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

"all        assets"_____    $_____39,050    $_____0

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 3 of 11

Debtor    Medical Cannabis Payment Solutions, Inc.    Case number (if known)_____
Name

| | Column A | Column B |
|---|---|---|
| **Part 1:   Additional Page** | Amount of claim | Value of collateral |
| | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7**   **Creditor's name**

Al Eskanazy

**Describe debtor's property that is subject to a lien**

__"all assets"_____   $_____31,240   $_____0

**Creditor's mailing address**

1885   Marcus   Ave,   New   Hyde   Park   NY   11042

**Describe the lien**

_____

**Creditor's email address, if known**

aeskanazy@icloud.com

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**   04/15/2019

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Have you already specified the relative priority?

■ No. Specify each creditor, including this creditor, and its relative priority.
All   creditors   on   this   list   pari   passu
_____
–
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.8**   **Creditor's name**

Brett Evanson

**Describe debtor's property that is subject to a lien**

"all   assets"_____   $_____142,667   $_____0

**Creditor's mailing address**

14172 Coyote Hollow Ct. Draper UT 84020

**Describe the lien**

_____

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**   03/28/2019

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Have you already specified the relative priority?

■ No. Specify each creditor, including this creditor, and its relative priority.
all   creditors   on   this   list   pari   passu
_____
–
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Medical Cannabis Payment Solutions, Inc.          Case number (if known)_____
          Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9 Creditor's name**

Dan Goldstein

**Creditor's mailing address**

2720   Botticelli   Dr.,   Henderson   NV   89052

**Creditor's email address, if known**

dangldst@gmail.com

**Date debt was incurred**   03/15/2019
**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Have you already specified the relative priority?

   ■ No. Specify each creditor, including this creditor, and its relative priority.
      All creditors on this list pari passu
      _____
      ―
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

__"all assets"_____    $_____39,233    $_____0

**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10 Creditor's name**

Iron Grid Ltd.

**Creditor's mailing address**

53   Calle   Careyes,   San   Clemente   CA   92673

**Creditor's email address, if known**

irongridltd@gmail.com

**Date debt was incurred**   03/28/2019
**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Have you already specified the relative priority?

   ■ No. Specify each creditor, including this creditor, and its relative priority.
      all creditors on this list pari passu
      _____
      ―
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

"all        assets"_____    $_____713,333    $_____0

**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 5 of 18

Debtor    Medical Cannabis Payment Solutions, Inc.                                        Case number (if known)_____
          Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**2.11 Creditor's name**

Myles Jerdan

**Creditor's mailing address**

10   Vickwood   Court   NE.   Marietta   GA   30068

**Creditor's email address, if known**

mjerdan7@gmail.com

**Date debt was incurred**   07/15/2020

**Last 4 digits of account
number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the
same property?**

☐ No

☑ Yes. Have you already specified the relative
   priority?

   ☑ No. Specify each creditor, including this
      creditor, and its relative priority.
      All creditors on this list pari passu
      _____
      ___

   ☐ Yes. The relative priority of creditors is
      specified on lines _____

**Describe debtor's property that is subject to a lien**

__"all assets"_____    $_____36,300    $_____0

_____

Describe the lien
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes  Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12 Creditor's name**

Leesburg LP

**Creditor's mailing address**

18   S   LaSenda   Dr.   Laguna   Beach   CA   92651

**Creditor's email address, if known**

cliffbream@gmail.com

**Date debt was incurred**   03/15/2019

**Last 4 digits of account
number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the
same property?**

☐ No

☑ Yes. Have you already specified the relative
   priority?

   ☑ No. Specify each creditor, including this
      creditor, and its relative priority.
      all creditors on this list pari passu
      _____
      ___

   ☐ Yes. The relative priority of creditors is
      specified on lines _____

**Describe debtor's property that is subject to a lien**

"all        assets"_____    $_____206,400    $_____0

_____

Describe the lien
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes  Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Medical Cannabis Payment Solutions, Inc.**
Name

Case number (if known)_____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** **Additional Page** | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13 Creditor's name**

Joseph Magurne

**Creditor's mailing address**

unknown

_____

**Creditor's email address, if known**

jmcgurne@aol com

**Date debt was incurred** 04/15/2019
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
    All creditors on this list pari passu

    _____
    – _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

__"all assets"_____ $_____39,050   $_____0

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14 Creditor's name**

John Phelan

**Creditor's mailing address**

1497 Laurel Hollow Road, Syosset NY 11791

_____

**Creditor's email address, if known**

twojps@aol com

**Date debt was incurred** 03/28/2019
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Have you already specified the relative priority?

    ■ No. Specify each creditor, including this creditor, and its relative priority.
    all creditors on this list pari passu

    _____
    – _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

"all        assets"_____ $_____78,467   $_____0

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 7 of 11

Debtor    Medical Cannabis Payment Solutions, Inc.                        Case number (if known)_____
          Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** **Additional Page** | | Amount of claim<br>Do not deduct the value<br>of collateral. | Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.15 Creditor's name**

David Reiter

**Creditor's mailing address**

unknown_____

**Creditor's email address, if known**

dangldst@gmail.com

**Date debt was incurred**    03/28/2019

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.
All creditors on this list pari passu
_____
--
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

__"all assets"_____    $_____21,415    $_____0

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16 Creditor's name**

Alex Shapses

**Creditor's mailing address**

140 East 45th Street, 28th Fl, New York NY 10017
_____

**Creditor's email address, if known**

alex.shapses@summittrail.com

**Date debt was incurred**    07/21/2020

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.
all creditors on this list pari passu
_____
--
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

"all        assets"_____    $_____36,300    $_____0

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 8 of 11

Debtor     Medical Cannabis Payment Solutions, Inc.                                    Case number (if known)_____
           Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17 Creditor's name**

Spin City USA, LLC

**Creditor's mailing address**

5753   Lewis   Falls   Ave.,   Las   Vegas   NV   89139

**Creditor's email address, if known**

wassermanb@me.com

**Date debt was incurred**   04/15/2019
**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.
All creditors on this list pari passu
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

__"all assets"_____  $_____142,667    $_____0

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18 Creditor's name**

John Weiser Trustee Weiser Family Trust

**Creditor's mailing address**

14670   Valley   Vista   Blvd,   Sherman   Oaks   CA   91403

**Creditor's email address, if known**

weisertv2014@gmail.com

**Date debt was incurred**   03/28/2019
**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.
all creditors on this list pari passu
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

"all            assets"_____  $_____25,698    $_____0

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   Medical Cannabis Payment Solutions, Inc.          Case number *(if known)*_____
Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19 Creditor's name**

Stan Wertlieb

**Creditor's mailing address**

10321   Walavista   Rd.,   Los   Angeles   CA   90064
_____

**Creditor's email address, if known**

stan.wertlieb@outlook.com

**Date debt was incurred**   04/15/2019

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
All creditors on this list pari passu
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

__"all assets"_____   $_____21,415   $_____0

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.20 Creditor's name**

Lance Whetten

**Creditor's mailing address**

1830   Terra   Vista   Way,   Las   Vegas,   NV   89117
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   04/15/2019

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
all creditors on this list pari passu
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

"all          assets"_____   $_____713,333   $_____0_

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Medical Cannabis Payment Solutions, Inc.
          Name

Case number (if known)_____

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Form 206D            Official Part 2 of Schedule D: Creditors Who Have Claims Secured by Property            page 11 of 11

**Fill in this information to identify the case:**

Debtor  Medical Cannabis Payment Solutions, Inc.

United States Bankruptcy Court for the: Western _____ District of PA _____
(State)

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor   Medical Cannabis Payment Solutions, Inc.                    Case number (if known)_____
_____
Name

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2._** **Priority creditor's name and mailing address**

$_____     $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2._** **Priority creditor's name and mailing address**

$_____     $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2._** **Priority creditor's name and mailing address**

$_____     $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2._** **Priority creditor's name and mailing address**

$_____     $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Debtor _____Medical Cannabis Payment Solutions, Inc_____  Case number (if known)_____
　　　　　Name

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Alice and Mark Viau<br><br>c/o Christensen & Jensen, PC, 257 E 200 South,<br>Suite 1100, Salt Lake City UT 84111 | **As of the petition filing date, the claim is:**<br>*Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: judgment for compensatory damages | $ 1,644,378.59 |
|---|---|---|---|
| | Date or dates debt was incurred    11/8/2021<br>Last 4 digits of account number    __ __ __ __ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Securities Transfer Corporation<br><br>2901 N Dallas Pkwy, Suite 380<br>Plano Texas 75093 | **As of the petition filing date, the claim is:**<br>*Check all that apply*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>transfer agent services<br>Basis for the claim: _____ | $ 8,000 |
|---|---|---|---|
| | Date or dates debt was incurred    since 01/2022<br>Last 4 digits of account number    __ __ __ __ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br><br><br><br> | **As of the petition filing date, the claim is:**<br>*Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____ | $ |
|---|---|---|---|
| | Date or dates debt was incurred<br>Last 4 digits of account number    __ __ __ __ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br><br><br><br> | **As of the petition filing date, the claim is:**<br>*Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____ | $ |
|---|---|---|---|
| | Date or dates debt was incurred<br>Last 4 digits of account number    __ __ __ __ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br><br><br><br> | **As of the petition filing date, the claim is:**<br>*Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____ | $ |
|---|---|---|---|
| | Date or dates debt was incurred<br>Last 4 digits of account number    __ __ __ __ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br><br><br><br> | **As of the petition filing date, the claim is:**<br>*Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____ | $ |
|---|---|---|---|
| | Date or dates debt was incurred<br>Last 4 digits of account number    __ __ __ __ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 3 of 7

Debtor  Medical Cannabis Payment Solutions _____  Case number (if known)_____
_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

Debtor    Medical Cannabis Payment Solutions, Inc    Case number *(if known)*_____
          *Name*

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.2 | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.3 | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.4 | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.1 | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.5 | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.6 | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.7 | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.8 | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.9 | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.10 | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.11 | Line ____  ☐ Not listed. Explain _____ | — — — — |

Debtor _____Medical  Cannabis  Payment Solutions, Inc_____  Case number (if known)_____

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a. Total claims from Part 1                          5a.    $_____0

5b. Total claims from Part 2                          5b.  +  $____1,652,378.59____

5c. Total of Parts 1 and 2                            5c.    $____1,652,378.59____
    Lines 5a + 5b = 5c.

Debtor    Medical Cannabis Payment Solutions Inc.                    Case number (if known)_____
          Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---------------------------|----------------------------------------------------------------------------|------------------------------------------|
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __ of ___

Fill in this information to identify the case:

Debtor name   Medical Cannabis Payment Solutions

United States Bankruptcy Court for the: Western _____ District of PA
(State)

Case number (If known): _____   Chapter 7

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor  Medical Cannabis Payment Solutions
Name

Case number *(if known)*_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name  Medical Cannabis Payment Solutions, Inc.

United States Bankruptcy Court for the: Western _____ District of PA _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| **2.1** _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| **2.2** _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| **2.3** _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| **2.4** _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| **2.5** _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| **2.6** _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |

Debtor   Medical Cannabis Payment Solutions, Inc.                    Case number (if known)_____
         Name

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |

2.___
_____
Street _____
_____
City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.___
_____
Street _____
_____
City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.___
_____
Street _____
_____
City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.___
_____
Street _____
_____
City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.___
_____
Street _____
_____
City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.___
_____
Street _____
_____
City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.___
_____
Street _____
_____
City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.___
_____
Street _____
_____
City    State    ZIP Code

☐ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name ___Medical Cannibis Payment Solutions, Inc_____

United States Bankruptcy Court for the: ___Western_____ District of __PA____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................   $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................   $ 0

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................   $ 0

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................   $ 2,580,759

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................   + $ 1,652,378.59

4. **Total liabilities**....................................................................................................   $ 4,233,138
   Lines 2 + 3a + 3b